## SPANN V. THE STATE.

*Obstructing Public Road.*

(Decided Feb. 14, 1907.)

APPEAL from Geneva County Court.

Heard before Hon. P. N. HICKMAN.

No counsel for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by HARALSON, J.

Affirmed.

TYSON, C. J., SIMPSON and DENSON, JJ., concur.

---

## THE STATE V. ROACH.

*Habeas Corpus.*

(Decided Feb. 12, 1907.)

APPEAL from order of W. L. Parks, chancellor, admitting defendant to bail.

MASSEY WILSON, Attorney General, for the State.

F. B. BRICKEN, for appellee.

SIMPSON, J.—Affirmed on the authority of *Ex parte Richardson,* 96 Ala. 110; *Ex parte Sloan,* 95 Ala. 22; *Ex parte Nettles,* 58 Ala. 275; *Ex parte McAnally,* 53 Ala. 495.

TYSON, C. J., HARALSON and DENSON, JJ., concur.